AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Novo Nordisk A/S and Novo Nordisk Inc.<br><br>*Plaintiff(s)*<br><br>v.<br><br>Gorin Plastic Surgery Investments, LLC<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-01373-YY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gorin Plastic Surgery Investments, LLC
Attn: Vanessa Bogaert, Registered Agent
6464 SW Borland Road, Suite B1
Tualatin, OR 97062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James T. McDermott
Ciaran P.A. Connelly
McDermott Weaver Connelly Clifford LLP
1000 SW Broadway, Suite 960
Portland, Oregon 97210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 08/04/2025

By: s/A. Morrissey, Deputy Clerk