**Joe R. Traylor,** OSB No. 964412
E-mail:  jrt@hartwagner.com
**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

<u>Of Attorneys for  Defendant</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NOVO NORDISK A/ S and NOVO NORDISK INC., <br><br> Plaintiff, <br><br> v. <br><br> GORIN PLASTIC SURGERY INVESTMENTS, LLC, <br><br> Defendant. | No.  3:25-cv-01373-YY <br><br> **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME FOR RESPONSE TO PLAINTIFFS' COMPLAINT** |

## <u>LR 7-1 CERTIFICATION</u>

The undersigned represents he has conferred with counsel for plaintiffs who does not oppose the extension requested in this motion.

## <u>MOTION</u>

Plaintiff's Complaint was filed on August 4, 2025. Defendant was served on August 7, 2025.  Defense counsel was retained on August 18th, 2025.  A first appearance from defendant is due on August 28, 2025.  Defendant requests this time be extended up through and including September 11, 2025.  The purpose of this request is to allow defense counsel time to confer with plaintiffs' counsel regarding the allegations against the named defendant, a likely amendment to

Page 1 - **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME FOR RESPONSE TO PLAINTIFFS' COMPLAINT**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

Plaintiffs' complaint and potential early resolution of plaintiffs' claims. This motion is not made for purposes of delay.

Respectfully submitted this 21st day of August 2025.

HART WAGNER LLP

By:

Joe R. Traylor, OSB No. 964412
Of Attorneys for Defendant
Gorin Plastic Surgery Investments, LLC

Page 2 - **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME FOR RESPONSE TO PLAINTIFFS' COMPLAINT**

**HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301**